JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL KAEMPF, | ) | No. CV 10-02633-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Second Amended Petition for Writ of Habeas Corpus and the entire case are dismissed with prejudice.

DATED: April 26, 2013

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE